**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DEBRA COLLINS, | ) | No. CIV 07-1446-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MESA AIR GROUP, INC., an Arizona corporation,, | ) | |
| Defendant. | ) | |

Having considered the request of Plaintiff to either continue her Rule 16 Preliminary Pretrial Conference originally scheduled for November 19, 2007, until January 2008, or in the alternative to relieve her of the obligation of having to appear personally at the Pretrial Conference,

**IT IS HEREBY ORDERED** that Plaintiff may **appear telephonically** at the November 19, 2007 Rule 16 Conference. Plaintiff shall call the Court on a clear telephone line at 1:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 1st day of November, 2007.

Stephen M. McNamee
United States District Judge