**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA COLLINS, | ) No. CIV 07-1446-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| MESA AIR GROUP, INC., an Arizona corporation,, | ) |
| Defendant. | ) |

Having considered the parties' Stipulation Regarding Defendant's Amended Answer, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation (Doc. 15), thereby permitting Defendant Mesa Air Group, Inc. to amend its Answer.  Pursuant to Local Rule 15.1(a)(3), the entry of this Order constitutes the filing date of Defendant's First Amended Answer, previously lodged with the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Proposed First Amended Answer lodged as Doc. 16.

DATED this 26th day of December, 2007.

Stephen M. McNamee
United States District Judge