**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA COLLINS,            ) | No. CIV 07-1446-PHX-SMM |
| Plaintiff,          ) | **ORDER** |
| v.                             ) | |
| MESA AIR GROUP, INC., an Arizona) corporation,,             ) | |
| Defendant.       ) | |

Having considered the request of Defendant's counsel Stephanie Quincy[1] to appear telephonically (Doc. 20) at the Rule 16 Preliminary Pretrial Conference on January 16, 2008 at 4:00 p.m. before this Court, and for good cause shown,

**IT IS HEREBY ORDERED** that Ms. Quincy may appear telephonically at the January 16th Rule 16 Conference. Ms. Quincy shall call Plaintiff prior to calling the Court in order for both to call the Court on **one clear telephone line** at 3:55 p.m. Mountain Standard Time at 602-322-7555.[2]

DATED this 14th day of January, 2008.

Stephen M. McNamee
United States District Judge

---

[1] Co-counsel Mr. Vaught, who is primarily responsible for this matter, will appear in person at the conference.

[2] Plaintiff was previously permitted to appear telephonically.