**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DEBRA COLLINS, | ) | No. CIV 07-1446-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MESA AIR GROUP, INC., an Arizona corporation,, | ) | |
| Defendant. | ) | |

Having received Defendant's Notice of Settlement (Doc. 25), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **February 20, 2008** to file a stipulation of dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Monday, February 25, 2008 at 3:30 p.m.** If the stipulation is received by **February 20, 2008** the status conference will be automatically vacated.

**IT IS FURTHER ORDERED** that in light of the pending settlement, the pending Motion to Dismiss (Doc. 19) is **DENIED** without prejudice.

DATED this 29th day of January, 2008.

Stephen M. McNamee
United States District Judge