**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA COLLINS, | No. CIV 07-1446-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| MESA AIR GROUP, INC., an Arizona corporation,, | |
| Defendant. | |

Upon consideration of the parties' Stipulation for Dismissal with Prejudice (Doc. 27) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED this 25th day of February, 2008.

Stephen M. McNamee
United States District Judge